# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| **TIMOTHY MIMS,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Case No.  **7:19-cv-02065-MHH-JEO** |
| **CORIZON, LLC.,** | ) ) ) |
| **Defendant.** | ) |

## **MEMORANDUM OPINION**

On May 13, 2020, the magistrate judge filed a report in which he recommended that the Court dismiss this action against Corizon, LLC without prejudice pursuant to 28 U.S.C. § 1915A(b) because Mr. Mims has not stated a claim against Corizon upon which relief can be granted.  (Doc. 62).  The magistrate judge advised Mr. Mims of his right to file specific written objections within 14 days. (Doc. 62, p. 6).  The Court has not received objections from Mr. Mims.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1)(C). Having reviewed and considered the relevant materials in the court record, including the report and recommendation, the Court adopts the magistrate judge's report and accepts his recommendation.  As Judge Ott explained, Mr. Mims has not stated a claim against Corizon, and Mr. Mims already has dismissed his claims against the

other defendants in this action, (Doc. 38).  Therefore, in accordance with 28 U.S.C. § 1915A(b), by separate order, the Court will dismiss Mr. Mims's claims against Corizon without prejudice.  Because all of Mr. Mims's claims against the defendants now have been resolved, by separate order, the Court will dismiss this action without prejudice.

      **DONE** and **ORDERED** this June 24, 2020.

                                _____
                                **MADELINE HUGHES HAIKALA**
                                UNITED STATES DISTRICT JUDGE